UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHGATE PLAZA HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, et al.,<br><br>Defendants. | CASE NO. C20-1825RSL<br><br>ORDER OF REFERENCE<br>Supervision of All Pretrial Proceedings in Civil Case |

The Court hereby refers all pretrial proceedings in this case to United States Magistrate Judge Theresa L. Fricke, as related to C20-1392RSL-TLF, and pursuant to 28 U.S.C. §636(b)(1), Local Rules MJR 3 and 4. The Magistrate Judge shall:

(a) consider and take appropriate action upon any and all motions currently pending, and any other motions filed prior to trial;

(b) supervise the completion of discovery;

(c) supervise the preparation of a pretrial order; and

(d) consider and act upon such other matters as might arise in the pretrial phases of this case.

Review of actions by the Magistrate Judge shall be in accordance with the provisions of 28 U.S.C. §636(b)(1), Fed. R. Civ. P. 72, and Local Rules MJR 3 and 4.

DATED this 14th day of January, 2021.

Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE