HONORABLE ROBERT S. LASNIK
HONORABLE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHGATE PLAZA HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>      Defendants. | NO. 2:20-cv-01825-RSL-RLF<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL OF PLAINTIFF NORTHGATE PLAZA HOMEOWNERS ASSOCIATION'S CLAIMS AGAINST STATE FARM FIRE AND CASUALTY COMPANY |

## I. STIPULATED MOTION

Plaintiff Northgate Plaza Homeowners Association ("Association") and Defendant State Farm Fire and Casualty Company ("State Farm") (collectively the "Parties") stipulate that the claims asserted against State Farm by the Association in this lawsuit, including but not limited to all contractual and extra-contractual claims, should be dismissed with prejudice and without an award of costs or fees to any of the Parties.

STIPULATED MOTION AND ORDER OF
DISMISSAL OF PLAINTIFF NORTHGATE PLAZA
HOMEOWNERS ASSOCIATION'S CLAIMS
AGAINST STATE FARM FIRE AND CASUALTY
COMPANY (NO. 2:20-cv-01825-RSL-RLF) - 1

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jessica R. Burns*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Jessica Burns, WSBA 49852
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: jerry@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
*Attorneys for Plaintiff*

**BETTS, PATTERSON & MINES, P.S.**

*/s/ Daniel L. Syhre*
Daniel L. Syhre, WSBA 34158
One Convention Place
701 Pike Street, Suite 1400
Seattle, Washington 98101
Email: dsyhre@bpmlaw.com
Telephone: (206) 292-9988
Facsimile: (206) 343-7053
*Attorney for Defendant*

STIPULATED MOTION AND ORDER OF DISMISSAL OF PLAINTIFF NORTHGATE PLAZA HOMEOWNERS ASSOCIATION'S CLAIMS AGAINST STATE FARM FIRE AND CASUALTY COMPANY (NO. 2:20-cv-01825-RSL-RLF) - 2

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

## II. ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that all claims brought against State Farm Fire and Casualty Company by Plaintiff Northgate Plaza Homeowners Association be dismissed with prejudice and without costs.

DATED THIS __2nd__ day of __November__, 2021.

_____
HONORABLE ROBERT S. LASNIK

Presented By:

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jessica R. Burns*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Jessica Burns, WSBA 49852
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: jerry@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
*Attorneys for Plaintiff*

**BETTS, PATTERSON & MINES, P.S.**

*/s/ Daniel L. Syhre*
Daniel L. Syhre, WSBA 34158
One Convention Place
701 Pike Street, Suite 1400
Seattle, Washington 98101
Email: dsyhre@bpmlaw.com
Telephone: (206) 292-9988
Facsimile: (206) 343-7053
*Attorney for Defendant*

STIPULATED MOTION AND ORDER OF DISMISSAL OF PLAINTIFF NORTHGATE PLAZA HOMEOWNERS ASSOCIATION'S CLAIMS AGAINST STATE FARM FIRE AND CASUALTY COMPANY (NO. 2:20-cv-01825-RSL-RLF) - 3

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660